In the Matter of STEPHEN J. WILLIAMS (Admitted as STEPHEN JOHN WILLIAMS), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted January 16, 2007; decided February 15, 2007

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motions for reconsideration and for leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge JONES taking no part.